ACCEPTED
03-13-00799-CR
7438717
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/19/2015 3:36:28 PM
JEFFREY D. KYLE
CLERK

# GRAY & BRIGMAN, PLLC

### ATTORNEYS AT LAW

Tel 325-653-4594

Fax 325-657-0039

October 19, 2015

206 West College Avenue

San Angelo, Texas 76903

Toll Free 888-559-5585

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/19/2015 3:36:28 PM
JEFFREY D. KYLE
Clerk

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, TX  78711-2547

Re:  Cause No. 03-13-00799; *Billy Jack Vercher v. State of Texas*

Dear Sir:

Attached is a copy of the return receipt wherein Mr. Vercher was sent a letter enclosing a copy of the opinion and judgment along with a copy of Rule 68, Texas Rules of Appellate Procedure and notice of his right to file a pro se petition for discretionary review.

Please be advised that Mr. Gray died on October 10, 2015.

Sincerely,

SALLY GREEN
Legal Assistant

SG:bs

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Billy Vercher
TDC number 1938576
Clements Unit
960 Spur 591
Amarillo, TX 79107

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____ ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

Billy Vercher          10-14-15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)

7009 1410 0000 9372 8485

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540